1  James P. Keenley (State Bar No. 253106)
   Emily A. Bolt (State Bar No. 253109)
2  BOLT · KEENLEY - ATTORNEYS AT LAW
   1010 Grayson Street, Suite Two
3  Berkeley, California 94710
   Phone: (510) 225-0696
4  Fax: (510) 225-1095

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Maria MORRILL, | Case No.: CV12-02816 (RMW) |
| Plaintiff, | **STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| v. | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, INC. | |
| Defendant. | |

**TO THE COURT AND ALL PARTIES AND COUNSEL OF RECORD:**

**WHEREAS**, on July 23, 2012, the Court set a case management conference for September 7, 2012 at 10:30 A.M.

**WHEREAS**, counsel for Plaintiff and Defendant have met and conferred regarding all matters required by the Court's standing orders and the Local Rules, have filed a joint case management statement and proposed schedule, and have scheduled a private mediation for September 20, 2012;

**WHEREAS**, an emergency scheduling conflict has arisen for Defendant's counsel that has caused the parties to file a late Joint Case Management Statement and preempts Defense counsel's in-person attendance at the currently scheduled case management conference;

|   |   |
|---|---|
| 1 | **WHEREAS**, the parties believe that there is a reasonable prospect of settlement at the |
| 2 | September 20, 2012 mediation and that it will be most efficient for the parties and the Court to |
| 3 | continue the currently scheduled case management conference to October 5, 2012 or as soon |
| 4 | thereafter as may be convenient for the Court; |

**WHEREFORE THE PARTIES STIPULATE AS FOLLOWS:**

That the case management conference scheduled for September 7, 2012 be continued to October 5, 2012 or as soon thereafter as may be convenient for the Court.  The parties will file an updated Joint Case Management Statement following the September 20, 2012 mediation to inform the Court as to the case status following mediation.

**IT IS SO STIPULATED.**

Dated:  September 5, 2012                                         BOLT · KEENLEY - ATTORNEYS AT LAW


By: /s/ _____
    James P. Keenley
    *Attorneys for Plaintiff*

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: /s/ _____
    Francis Torrence
    *Attorneys for Defendant*

1 **[] ORDER GRANTING STIPULATION**

2   The Court, having considered the submission of the parties and good cause showing,
3 hereby grants the parties' stipulation to continue the September 7, 2012 case management
4 conference to October 5, 2012.  The parties shall file an updated Joint Case Management
5 Statement informing the Court of the case status following the September 20, 2012 mediation.

6   IT IS SO ORDERED.

7 Date: JDFG

*Ronald M. Whyte*

8 Hon. Ronald M. Whyte
United States District Judge

CASE NO. CV12-02816 (RMW)          3          STIPULATION AND [] ORDER