1 | James P. Keenley (State Bar No. 253106)
2 | Emily A. Bolt (State Bar No. 253109)
BOLT · KEENLEY - ATTORNEYS AT LAW
1010 Grayson Street, Suite Two
3 | Berkeley, California 94710
Phone: (510) 225-0696
4 | Fax: (510) 225-1095

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Maria MORRILL, | Case No.: CV12-02816 (RMW) |
| Plaintiff, | **STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| v. | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, INC. | |
| Defendant. | |

**TO THE COURT AND ALL PARTIES AND COUNSEL OF RECORD:**

**WHEREAS**, on July 23, 2012, the Court set a case management conference for September 7, 2012 at 10:30 A.M.

**WHEREAS**, counsel for Plaintiff and Defendant have met and conferred regarding all matters required by the Court's standing orders and the Local Rules, have filed a joint case management statement and proposed schedule, and have scheduled a private mediation for September 20, 2012;

**WHEREAS**, an emergency scheduling conflict has arisen for Defendant's counsel that has caused the parties to file a late Joint Case Management Statement and preempts Defense counsel's in-person attendance at the currently scheduled case management conference;

1 **WHEREAS**, the parties believe that there is a reasonable prospect of settlement at the
2 September 20, 2012 mediation and that it will be most efficient for the parties and the Court to
3 continue the currently scheduled case management conference to October 5, 2012 or as soon
4 thereafter as may be convenient for the Court;

5     **WHEREFORE THE PARTIES STIPULATE AS FOLLOWS:**

6     That the case management conference scheduled for September 7, 2012 be continued to
7 October 5, 2012 or as soon thereafter as may be convenient for the Court.  The parties will file an
8 updated Joint Case Management Statement following the September 20, 2012 mediation to
9 inform the Court as to the case status following mediation.

10     **IT IS SO STIPULATED.**

11 Dated:  September 5, 2012              BOLT · KEENLEY - ATTORNEYS AT LAW

13                                                                    By: /s/
14                                                                    James P. Keenley
                                                                   *Attorneys for Plaintiff*

16                                                                WILSON, ELSER, MOSKOWITZ, EDELMAN &
                                                               DICKER LLP

17                                                                    By: /s/
18                                                                   Francis Torrence
                                                                  *Attorneys for Defendant*

1 | **[] ORDER GRANTING STIPULATION**

2 The Court, having considered the submission of the parties and good cause showing,

3 hereby grants the parties' stipulation to continue the September 7, 2012 case management

4 conference to October 5, 2012.  The parties shall file an updated Joint Case Management

5 Statement informing the Court of the case status following the September 20, 2012 mediation.

6 IT IS SO ORDERED.

7 Date: J#D#FG

*Ronald M. Whyte*

8 Hon. Ronald M. Whyte
United States District Judge