James P. Keenley (State Bar No. 253106)
Emily A. Bolt (State Bar No. 253109)
BOLT · KEENLEY - ATTORNEYS AT LAW
1010 Grayson Street, Suite Two
Berkeley, California 94710
Phone: (510) 225-0696
Fax: (510) 225-1095
jkeenley@boltkeenley.com

*Attorneys for Plaintiff*

Adrienne C. Publicover (State Bar No. 161432)
Francis J. Torrence (State Bar No. 154653)
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, CA 94105
Phone: (415) 4330990
Facsimile: (415) 434-1370
adrienne.publicover@wilsonelser.com
francis.torrence@wilsonelser.com

*Attorneys for Defendant*

## UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Maria MORRILL, | Case No.: CV12-02816 (RMW) |
| Plaintiff, | **STIPULATED DISMISSAL WITH PREJUDICE** |
| v. | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, INC. | |
| Defendant. | |

**IT IS HEREBY STIPULATED,** pursuant to Federal Rule of Civil Procedure 41(a)(1), by and between plaintiff Maria MORRILL and defendant Life Insurance Company of North America ("LINA"), through their attorneys of record, as follows:

CASE NO.CV12-02816 (RMW)                1                STIPULATED DISMISSAL

1.   The parties have reached a confidential settlement of all claims asserted or that could have been asserted in this action.

2.   The parties, through their counsel, stipulate to dismiss this action with prejudice, with each party to bear its own costs and attorneys' fees.

Dated: October 5, 2012                    Respectfully submitted,

BOLT · KEENLEY - ATTORNEYS AT LAW

By: /s/_____
James P. Keenley
*Attorneys for Plaintiff*

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: /s/_____
Francis Torrence
*Attorneys for Defendant*

1  **] ORDER**

2  The parties having stipulated that the above-entitled action, and all claims for relief
3  therein, shall be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a), with
4  each party to bear its own costs and attorneys' fees,

5  **IT IS SO ORDERED.**

6
7
8  Dated: _____          By: _/s/ Ronald M. Whyte_____
9                                  Ronald M. Whyte
10                                 UNITED STATES DISTRICT COURT JUDGE

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

CASE NO. CV12-02816 (RMW)                    3                           STIPULATED DISMISSAL